David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Gina M. Hales*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Gina M. Hales, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, NATIONAL ASSOCIATION; BARCLAYS BANK DELAWARE; CHASE BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC, <br><br> Defendants. | Case No. 2:16-cv-01570-JCM-GWF <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO BANK OF AMERICA, NATIONAL ASSOCIATION ONLY** |

  Plaintiff Gina M. Hales and Bank of America, National Association hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice

…

…

…

…

…

in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Bank of America, National Association**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: October 13, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | /s/ Darren T. Brenner, Esq.<br>Darren T. Brenner, Esq.<br>Akerman LLP<br>1160 Town Center Drive, Suite 330<br>Las Vegas, NV 89144<br><br>/s/ Vatana Lay, Esq.<br>Vatana Lay, Esq.<br>Akerman LLP<br>1160 Town Center Drive, Suite 330<br>Las Vegas, NV 89144<br>*Attorneys for Defendant Bank of America, National Association* |

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: October 18, 2016