David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Gina M. Hales*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Gina M. Hales,<br><br>   Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; BARCLAYS BANK DELAWARE; CHASE BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>   Defendants. | Case No. 2:16-cv-01570-JCM-GWF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>CHASE BANK, NATIONAL ASSOCIATION ONLY</u>** |

Plaintiff Gina M. Hales and Chase Bank USA, N.A. (incorrectly named in the Complaint as "CHASE BANK, NATIONAL ASSOCIATION") ("Chase") hereby stipulate and agree that the above-entitled action shall be dismissed with

…

…

…

…

prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Chase**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: October 18, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/ Lindsay Demaree |
| David H. Krieger, Esq. | Abran E. Vigil |
| Nevada Bar No. 9086 | Nevada Bar No. 7548 |
| HAINES & KRIEGER, LLC | Lindsay Demaree |
| 8985 S. Eastern Avenue | Nevada Bar No. 11949 |
| Suite 350 | Ballard Spahr LLP |
| Henderson, Nevada 89123 | 100 North City Parkway |
| *Attorney for Plaintiff* | Suite 1750 |
| | Las Vegas, NV 89106-4617 |
| | *Attorneys for Defendant Chase Bank USA, N.A. (incorrectly named in the Complaint as "CHASE BANK, NATIONAL ASSOCIATION")* |

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: October 19, 2016
_____